JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMMY P. NGUYEN, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. EDCV 15-1606-PA (JPR) <br><br> **J U D G M E N T** |

Under the Order Dismissing Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: March 6, 2016

_____
PERCY ANDERSON
U.S. DISTRICT JUDGE